No. 92–193. MORGAN, WARDEN v. JEFFERSON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 92–198. TEXAS v. HILL. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 92–222. TENNESSEE v. CRUMP. Sup. Ct. Tenn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 91–1529. MICHIGAN v. POLIDORI. Ct. App. Mich. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 91–1748. MALCOLM PIRNIE, INC. v. MARTIN, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 91–1876. LONG ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 91–2057. WOLPOFF & ABRAMSON v. CARROLL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 91–2082. RICE ET AL. v. MITCHELL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 92–32. ACEVEDO-RAMOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–5051. SCHERZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 91–1769. WILLIAMS, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SAUNDERS, DECEASED v. FEDERAL LAND BANK OF JACKSON ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.